IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREGORY NELSON,<br>    Plaintiff,<br><br>v.<br><br>BOLLMAN HAT FACTORY,<br>    Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>: | Civil No. 5:22-cv-00228-JMG |

**ORDER**

**AND NOW,** this 29th day of June, 2022, upon consideration of Plaintiff's filing of a Second Amended Complaint (ECF No. 9), it is hereby **ORDERED** that Defendant's Motion to Dismiss (ECF No. 8), is **DISMISSED as moot**.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge

.