# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREGORY NELSON,<br>    Plaintiff,<br><br>v.<br><br>BOLLMAN HAT FACTORY,<br>    Defendant. | :<br>:<br>:<br>: Civil No. 5:22-cv-00228-JMG<br>:<br>:<br>: |

## ORDER

**AND NOW,** this 18th day of July, 2022, upon consideration of Defendant's Motion to Dismiss (ECF No. 10), Plaintiff's Response in Opposition (ECF No. 11), and Defendant's Reply in Further Support (ECF No. 17), **IT IS HEREBY ORDERED** that Defendant's Motion (ECF No. 10), is **DENIED.**

                                                                BY THE COURT:


                                                                */s/ John M. Gallagher*
                                                                JOHN M. GALLAGHER
                                                                United States District Court Judge

.