### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREGORY NELSON,<br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>BOLLMAN HAT FACTORY,<br>　　　　　　Defendant. | :<br>:<br>:<br>:　　Civil No. 5:22-cv-00228-JMG<br>:<br>:<br>: |

### ORDER

**AND NOW,** this 18th day of January, 2023, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is:

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to the agreement of counsel without costs.

　　　　　　　　　　　　　　　　　　　　　　　George Wylesol
　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court


　　　　　　　　　　　　　　　　　　　　　　　By:


　　　　　　　　　　　　　　　　　　　　　　　*/s/ Brian R. Dixon*
　　　　　　　　　　　　　　　　　　　　　　　Brian R. Dixon
　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk to Judge John M. Gallagher